UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

**07-61759 CIV-HUCK** MAGISTRATE JUDGE
SIMONTON

PATRICKA R. FORDE,

Plaintiff,

v.

PROGRESSIVE FINANCIAL
SERVICES, INC.,

Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.     Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15

U.S.C. §1692 *et seq*. ("FDCPA"), the Florida Consumer Collection Practices Act,

Fla. Stat. §559.55 *et seq*. ("FCCPA"), and Telephone Consumer Protection Act, 47

U.S.C §227, *et seq*. (TCPA).

## JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and

15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here

and Defendant placed telephone calls into this District.

## PARTIES

3.     Plaintiff, PATRICKA R. FORDE, is a natural person who resides in

Broward County, Florida.

4.     Defendant, PROGRESSIVE FINANCIAL SERVICES, INC., is a business entity with its principal place of business at Building 8, 1919 West Fairmont Drive, Tempe, Arizona.

5.     Defendant regularly uses the mails and telephone in a business the principal purpose of which is the collection of debts.

6.     Defendant  regularly collects or attempts to collect debts for other parties.  It is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

7.     Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

8.     Defendant left the following messages on Plaintiff's voice mail on or about the dates stated:

October 25 (three calls),26,27, 29, 30 (two calls), 31 (two calls), 2007 and November 8, 2007
Message for Patricia Forde. This is not a sales call. If you are not the person we are trying to reach, please hang up now. If you are the person, please remain on the line to retrieve this important message. There will now be a 3 second pause.

By staying on the line you acknowledge that you are the person that we are attempting to reach. My name is Pat Williams. I am a debt collector with Progressive Financial Services. This is an attempt to collect a debt and any information obtained will be used for that purpose. Call me at 1-866-484-0211 regarding an important business matter. Once again that number is 1-866-484-0211. Goodbye.

<u>October 26, 2007, November 1,2,3,5,9 (two calls),10,12,13, 14, 2007</u>
Hello. This is an important message for _____. This is not a sales
call. If you are not the person we are trying to reach, please hang up now. If
you are the person, please remain on the line to retrieve this important
message. There will now be a 3 second pause.

By staying on the line you acknowledge that you are the person that we are
attempting to reach. My name is Pat Williams. I am a debt collector with
Progressive Financial Services. This is an attempt to collect a debt and any
information obtained will be used for that purpose. Call me at 1-866-484-
0211 regarding an important business matter. Once again that number is
1-866-484-0211. Goodbye.

9.     Based upon information and belief, Defendant left similar or identical

messages on other occasions within one year of the filing of this complaint.

(Collectively, "the telephone messages").

10.     The messages are "communications" as defined by 15 U.S.C.

§1692a(2).

11.     The messages use a prerecorded or artificial human voice.

12.     Defendant failed to state its name at the beginning of the messages

and did so either negligently or intentionally.

13.     The TCPA requires:

[A] artificial or prerecorded telephone messages (i) shall, at the
beginning of the message, state clearly the identity of the business,
individual, or other entity initiating the call, and (ii) shall, during or
after the message, state clearly the telephone number or address of
such business, other entity, or individual;

47 U.S.C § 227 (d)(3)(A)

## COUNT I
## HARASSMENT AND ABUSE IN VIOLATION OF 15 U.S.C §1692d

14.    Plaintiff incorporates Paragraphs 1 through 13.

15.    Defendant placed repeated telephone calls, on some occasions more than once per day, to Plaintiff with the intent to annoy, abuse or harass Plaintiff in violation of 15 U.S.C §1692d and 15 U.S.C §1692d(5).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

        a.    Damages;

        b.    Attorney's fees, litigation expenses and costs of suit; and

        c.    Such other or further relief as the Court deems proper.

## COUNT III
## HARASSMENT AND ABUSE IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

16.    Plaintiff incorporates Paragraphs 1 through 13.

17.    By telephoning Plaintiff repeatedly, on some occasions more than once per day, Defendant willfully engaged in conduct the natural consequence of which is to harass, oppress or abuse in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

        a.    Damages;

        b.    Attorney's fees, litigation expenses and costs of suit; and

c.      Such other or further relief as the Court deems proper.

## COUNT I
## FAILURE TO DISCLOSE NAME IN VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

18.     Plaintiff incorporates Paragraphs 1 through 13.

19.     Defendant failed to state its name at the beginning of the messages in violation of 47 U.S.C § 227 (d)(3)(A).

20.     Plaintiff is entitled to damages of $500.00 per telephone message, or if Defendant willfully and knowingly violated the TCPA, $1,500.00 per telephone message. 47 U.S.C §227(b)(3). See Watson v. NCO Group, Inc., 462 F. Supp. 2d 641 (D. Pa. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.      Damages;

b.      Attorney's fees, litigation expenses and costs of suit; and

c.      Such other or further relief as the Court deems proper.

## COUNT III
## DECLARATORY RELIEF AND PERMANENT INJUNCTION

21.     Plaintiff incorporates Paragraphs 1 through 13.

22.     Pursuant to 28 U.S.C §§2201 and 2202, Plaintiff seeks a declaration that Defendant's repeated telephone calls, on some occasions more than once per day, is in violation of the FDCPA.

5

23. Plaintiff seeks a declaration that Defendant's failure to disclose its name at the beginning of telephone messages left for consumers using a prerecorded or artificial voice is in violation of the TCPA.

24. Plaintiff seeks a permanent injunction prohibiting Defendant from placing repeated telephone calls, on some occasions more than once per day to consumers and seeks a permanent injunction prohibiting Defendant from failing to disclose its name at the beginning of telephone messages left for consumers using a prerecorded or artificial voice

WHEREFORE, Plaintiff requests that the Court enter judgment:

      a. declaring that Defendant's practices violate the FDCPA;

      b. permanently injoining Defendant from engaging in the violative practices;

      c. Attorney's fees, litigation expenses and costs of suit; and

      d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this _2_ day of December, 2007.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235

donyarbrough@mindspring.com

By:_____
      Donald A. Yarbrough, Esq.
      Florida Bar No. 0158658

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**

Patricka R. Forde

**07-61759 CIV-HUCK**

**DEFENDANTS** **MAGISTRATE JUDGE**

Progressive Financial Services **SIMONTON**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES) **BROWARD**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842**

**FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000**

ATTORNEYS (IF KNOWN)

07cv61 759-PCH/AAS

**(d)   CIRCLE COUNTY WHERE ACTION AROSE:**
**DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS**

| **II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY) | **III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only) (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) | |
|---|---|---|

| | | | PTF | DEF | | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| ☐ 1. U.S. Government Plaintiff | ☒ 3. Federal Question (U.S. Government Not a Party) | Citizen of This State | ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | | ☐ 1 | |
| ☐ 2. U.S. Government Defendant | ☐ 4. Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | | 2 | 2 |
| | | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | | ☐ 3 | ☐ 3 |

**IV. CAUSE OF ACTION**    (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.    1-2    days estimated (for both sides) to try entire case    15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act**

**NATURE OF SUIT**    (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Pers. Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury-Prod. Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) B | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending B | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle | ☐ 380 Other Personnel Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities /Commodities /Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury B | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment | ☐ 530 General* | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26b USC 7609 | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other* | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights *A or B | | | ☒ 890 Other Statutory Actions* *A or B |
| ☐ 290 All Other Real Property | | | | | |

| **VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY) | | | | |
|---|---|---|---|---|
| ☒ 1. Original Proceeding | ☐ 2 Removed from State Court | ☐ 3. Remanded from Appellate Court | ☐ 6 Multidistrict Litigation | ☐ 7. Appeal to District Judge from Magistrate Judgment |
| | | ☐ 4 Refiled ☐ 5 Transferred from another district (specify) | | |

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A ☐ UNDER F.R.C.P. 23 | CLASS ACTION No | DEMAND $ N/A | Check YES only if demanded in complaint **JURY DEMAND:** ☒ YES ☐ NO |
|---|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** (See Instructions): | JUDGE | DOCKET NUMBER |
|---|---|---|

DATE: December ___, 2007    SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

FOR OFFICE USE ONLY: Receipt No. 541681    Amount $350.00

Date Paid: _____    M/ifp: _____

S/F 1-2
REV. 9/94