UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. : 07-61759-CIV-HUCK/SIMONTON

PATRICK R. FORDE,

              Plaintiffs,

v.

PROGRESSIVE FINANCIAL
SERVICE, INC.,

              Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

      COMES NOW, the Parties herein, by and through their undersigned counsel, and will

represent to the Court that this matter has been amicably settled, and would request entry of

a Final Order of Dismissal With Prejudice in this matter, with each party to bear their own

costs and attorneys' fees.

      DATED this 25th day of January, 2008.


/s/Donald A. Yarbrough, Esquire     /s/  Ernest H. Kohlmyer, III
DONALD A. YARBROUGH          ERNEST H. KOHLMYER, III
Florida Bar No. 0158658            Florida Bar No. 0110108
P.O. Box 11842                   BELL, ROPER & KOHLMYER, P.A.
Fort Lauderdale, Florida 33339      2707 East Jefferson Street
(954) 537-2000                  Orlando, Florida  32803
(954) 566-2235 (Fax)           (407) 897-5150
donyarbrough@mindspring.com     (407) 897-3332 (Fax)
Attorney for Plaintiff             SKohlmyer@bellroperlaw.com
                              Attorneys for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on

January 25, 2008, I electronically filed the foregoing with the Clerk of the Court by using the

CM/ECF system, which Notice will be electronically mailed to DONALD A.

YARBROUGH, ESQUIRE, (donyarbrough@mindspring.com), Post Office Box 11842, Fort

Lauderdale, Florida 33339.

/s/ Ernest H. Kohlmyer
ERNEST H. KOHLMYER, ESQUIRE
Florida Bar #0110108
Bell, Roper & Kohlmyer, P.A.
2707 E. Jefferson Street
Orlando, Florida 32803
(407) 897-5150
(407) 897-3332 fax